

Search for Cases by: Select Search Method...

Judicial Links   |   eFiling   |   Help   |   Contact Us   |   Print          GrantedPublicAccess  Logoff KEVIN_FRITZ

**18AB-CC00255 - STEVEN MICK V C R ENGLAND INC ET AL (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**            Sort Date Entries: ○ Descending   Display Options: All Entries
**Click here to Respond to Selected Documents**                ● Ascending

---

**12/11/2018**  ☐ **Judge Assigned**

☐ **Pet Filed in Circuit Ct**
Petition; Confidential Case Filing Information Sheet.
   **On Behalf Of:** STEVEN MICK

☐ **Note to Clerk eFiling**
SUMMONS FOR CR ENGLAND TO BE SERVED BY COLE COUNTY SHERIFF. SUMMONS FOR JEFF MOLKENTIN WILL BE REQUESTED LATER.
   **Filed By:** GEORGE HENRY ALBERS III

☐ **Filing Info Sheet eFiling**
   **Filed By:** GEORGE HENRY ALBERS III

**12/12/2018**  ☐ **Summons Issued-Circuit**
Document ID: 18-SMCC-895, for C R ENGLAND INC.
   **Associated Entries:** 03/04/2019 - Summons Returned Non-Est

**02/21/2019**  ☐ **Entry of Appearance Filed**
   **Filed By:** ANDREW HAMPTON MARTY

☐ **Alias Summons Requested**
   **Filed By:** ANDREW HAMPTON MARTY
   **On Behalf Of:** STEVEN MICK
   **Associated Entries:** 02/21/2019 - Judge/Clerk - Note

☐ **Judge/Clerk - Note**
SUMMONS 18-SMCC-895 ISSUED BY THE COURT ON 12-12-18 MUST BE RETURNED TO THE COURT BEFORE AN ALIAS SUMMONS CAN BE ISSUED.
   **Associated Entries:** 02/21/2019 - Alias Summons Requested

**03/04/2019**  ☐ **Memorandum Filed**
Memorandum to Clerk re Alias Summons; Exhibit A; Electronic Filing Certificate of Service.
   **Filed By:** ANDREW HAMPTON MARTY
   **On Behalf Of:** STEVEN MICK

☐ **Notice of Service**

☐ **Summons Returned Non-Est**
Document ID - 18-SMCC-895; Served To - C R ENGLAND INC; Server - SO FRANKLIN COUNTY-UNION; Served Date - 04-MAR-19; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Non-est
   **Associated Entries:** 12/12/2018 - Summons Issued-Circuit

**03/07/2019**  ☐ **Alias Summons Issued**
Document ID: 19-SMCC-208, for C R ENGLAND INC.

**04/08/2019**  ☐ **Agent Served**

**EXHIBIT 2**

|            |                                                                                                                                                                                                                                          |
|------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            | Document ID - 19-SMCC-208; Served To - C R ENGLAND INC; Server - SO CLAY COUNTY-LIBERTY; Served Date - 25-MAR-19; Served Time - 11:40:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - SERVED C.COOK / DESIGNEE |
| 06/25/2019 | **Pluries Summons Requested**<br>Request for Pluries Summons; Electronic Filing Certificate of Service.<br>    **Filed By:** ANDREW HAMPTON MARTY                                                                     |
|            | **Memorandum Filed**<br>Memorandum to Clerk; Exhibit A; Electronic Filing Certificate of Service.<br>    **Filed By:** ANDREW HAMPTON MARTY<br>    **On Behalf Of:** STEVEN MICK                  |
| 06/28/2019 | **Summons Issued-Circuit**<br>Document ID: 19-SMCC-482, for C R ENGLAND INC.                                                                                                                                                             |
| 08/21/2019 | **Notice of Service**<br>Memorandum to Clerk; Exhibit A; Electronic Filing Certificate of Service.<br>    **Filed By:** ANDREW HAMPTON MARTY<br>    **On Behalf Of:** STEVEN MICK                 |
| 08/22/2019 | **Summons Returned Non-Est**<br>Document ID - 19-SMCC-482; Served To - C R ENGLAND INC; Server - SO COLE COUNTY-JEFFERSON CITY; Served Date - 26-JUL-19; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Non-est |
| 10/16/2019 | **Pluries Summons Issued**<br>Document ID: 19-SMCC-700, for C R ENGLAND INC.                                                                                                                                                             |