UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

STEVEN MICK, )
)
    Plaintiff, )
) Case No. 4:19-cv-03128-MTS
vs. )
)
JEFF MOLKENTIN and )
C.R. ENGLAND, INC., )
)
    Defendants. )

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Steven Mick and Defendants Jeff Molkentin and C.R. England, Inc., and hereby stipulate and agree that Plaintiff's cause of action against Defendants may be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party to bear their own costs.

| | |
|---|---|
| */s/ Andrew H. Marty* | */s/ Kevin L. Fritz (with consent)* |
| Andrew H. Marty, #37158MO | Kevin L. Fritz     #41638 |
| Evan Bettag, #60932MO | Daniel K. Mannion     #50627 |
| CHASSANOIL & MARTY, LLC | LASHLY & BAER, P.C. |
| 5301 Veterans Memorial Pkwy, #201 | 714 Locust Street |
| St. Peters, MO 63376 | St. Louis, MO 63101 |
| Phone: (636) 486-4861 | (314) 621-2939 (Telephone) |
| Fax: (636) 922-0994 | (314) 621-6844 (FAX) |
| Email: andy@trialstl.com | klfritz@lashlybaer.com |
| Email: evan@trialstl.com | dmannion@lashlybaer.com |
| *Attorneys for Plaintiff Steven Mick* | *Attorneys for Defendants* |

Dated: _____, 2022

IT IS SO ORDERED:

_____
Judge